**UNITED STATES of America,
Appellee,**

v.

**Karl WALTERS, dba Sherman Findlay,
aka Michael Anderson, Defendant–
Appellant.**

No. 12–394–cr.

United States Court of Appeals,
Second Circuit.

June 14, 2013.

Paul D. Silver (Richard R. Southwick, on the brief), Assistant United States Attorneys, for Richard S. Hartunian, United States Attorney for the Northern District of New York, Albany, NY, for Appellee.

James P. Egan (Lisa A. Peebles, on the brief), Federal Public Defender's Office, Syracuse, NY, for Defendants–Appellant.

Present: ROBERT A. KATZMANN, B.D. PARKER, Circuit Judges, WILLIAM F. KUNTZ, II, District Judge.*

**SUMMARY ORDER**

Defendant–Appellant Karl Walters appeals from an order of the United States District Court for the Northern District of New York (Scullin, *J.*) dated January 18, 2012. In that order, the district court refused to reduce Walters's sentence under 18 U.S.C. § 3582(c)(2) to a term of imprisonment that fell below his amended guideline range. We affirm for the reasons set forth in *United States v. Clifton Stith*, 11–4933–cr (2d Cir. May 30, 2013).

We have considered the Defendant–Appellant's remaining arguments and find them to be without merit. For the reasons stated herein, the judgment of the district court is **AFFIRMED.**

* The Honorable William F. Kuntz, II, of the United States District Court for the Eastern District of New York, sitting by designation.